STATE OF NEW JERSEY, PLAINTIFF - RESPONDENT, v. ANTHONY TRANCUCCI, JR., AND JOSEPH FRANCIS GWINNETT, DEFENDANTS - APPELLANTS.

Argued March 4, 1968—Decided April 1, 1968.

*Mr. Joseph V. Cullum* argued the cause for appellant, Trancucci.

*Mr. Joseph P. Palladino* argued the cause for appellant, Gwinnett.

*Mr. Abel Goldstein,* Assistant Prosecutor, argued the cause for respondent (*Mr. James A. Tumulty, Jr.,* Hudson County Prosecutor, attorney).

The opinion of the court was delivered
PER CURIAM. Defendants, indicted for murder, were convicted of manslaughter. We have examined all of the points raised and find no reason to disturb the judgments. They are affirmed.

*For affirmance* — Chief Justice WEINTRAUB and Justices JACOBS, FRANCIS, PROCTOR, HALL, SCHETTINO and HANEMAN—7.

*For reversal* — None.